IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

7:14-MJ-1087-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER HOLDING IN ABEYANCE |
| | ) | COMMITMENT OF DEFENDANT TO |
| | ) | CHARGING DISTRICT |
| | ) | |
| SAMUEL L. JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the court today for purposes of a status conference regarding the transfer of this case from the District of Kansas, where the indictment is pending, to the Eastern District of North Carolina, where Defendant was arrested, for plea and sentence in accordance with Fed. R. Crim. P. 20(a). Counsel for the government advised the court that he had commenced discussions with an Assistant United States Attorney in the charging district regarding such transfer, but that the particular AUSA assigned to this case is unavailable until mid-July. Defendant's counsel offered that this court hold in abeyance its commitment of Defendant to the charging district until August 1, during which time the parties envision obtaining the necessary documentation to effect a transfer of the case to this district for plea and sentence in accordance with Fed. R. Crim. P. 20(a). For good cause shown this court holds in abeyance its commitment of Defendant to the District of Kansas until August 1, 2014. It is ordered further that the period of delay necessitated by this order is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(1)(E).

So ordered, the 19th day of June 2014.

_____
Robert B. Jones, Jr.
United States Magistrate Judge