IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:14-MJ-1087-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>SAMUEL L. JOHNSON, )<br>)<br>Defendant. ) | ORDER |

This matter is before the court on Defendant's unopposed motion to extend the time in which the Court shall hold in abeyance its commitment of Defendant to the charging district, beyond an earlier-imposed deadline of August 2, 2014. [DE-15]. Defendant's motion indicates that the prosecution of this case is in the course of being transferred to the Eastern District of North Carolina, the district of Defendant's arrest, from the District of Kansas, the charging district. According to the motion, the parties have agreed to a transfer of this case to this district for plea and sentence in accordance with Fed. R. Crim. P. 20, and Defendant has agreed to enter a plea of guilty. The government seeks additional time to ensure that all necessary paperwork effecting the transfer is received.

Upon good cause shown in the motion, Defendant's motion is allowed. The order holding in abeyance the Court's commitment of defendant to the charging district shall be extended to September 2, 2014.

This court finds that the ends of justice served by granting this extension of time outweigh the best interests of the public and Defendant in a speedy trial. It is therefore ordered further that the period of delay necessitated by this extension of time is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

So ordered, the 28th of July 2014.

_____
Robert B. Jones, Jr.
United States Magistrate Judge